**No. 46450.**—Protest 974379–G–11494 of George Borgfeldt Corp. (New Orleans).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 45502 the protest was sustained.

**No. 46451.**—Protests 56294–K, etc., of Geo. Borgfeldt Corp. (Philadelphia).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 45502 the protests were sustained.

**No. 46452.**—Protest 17827–K of Greenberg & Josefsberg (New York).

Opinion by KINCHELOE, J. It was stipulated that the articles are usual containers of stationery sets and are similar to those the subject of Abstract 39013. The protest was therefore sustained.

**No. 46453.**—Protests 769710–G, etc., of Akawo & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46454.**—Protest 985906–G of Amerlux Steel Corp. (San Francisco).

Opinion by DALLINGER, J. The hoop or band steel in question was found to be valued at 3 cents per pound or less. The protest was sustained in accordance with the agreed facts.